No. 03–5273. ESSEM v. SIOUX FALLS HUMAN RELATIONS COMMISSION ET AL. Sup. Ct. S. D. Certiorari denied.

No. 03–5274. THOMPSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–5275. DONKERS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 03–5276. DAVIS v. RUSSELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–5277. THORNTON v. HOLDEN, GOVERNOR OF MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 03–5278. WASHINGTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–5279. RISER v. WSYX–TV ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–5281. RUHBAYAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5282. MYER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–5283. MUNN v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 03–5284. ELDER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5285. MIGUEL v. WALL, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari denied.

No. 03–5287. WILLIAMS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5288. BLACKHURST v. ANTRIM, COMMISSIONER, ALASKA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.